## Clemeth January, Appellee, v. Metropolitan Life Insurance Company, Appellant.

### (Not to be reported in full.)

Appeal from the Circuit Court of St. Clair county; the Hon. GEORGE A. CROW, Judge, presiding. Heard in this court at the March term, 1916. Reversed and remanded. Opinion filed November 13, 1916.

### Statement of the Case.

Action by Clemeth January, plaintiff, against Metropolitan Life Insurance Company, defendant, to recover on a life insurance policy. From a judgment for plaintiff for $179.31 and costs, defendant appeals.

W. P. LAUNTZ, for appellant.

ALEXANDER FLANNIGAN, for appellee.

MR. JUSTICE MCBRIDE delivered the opinion of the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

## Abstract of the Decision.

APPEAL AND ERROR, § 1787*—*when judgment reversed pro forma.* A judgment will be reversed *pro forma* under Rule 27 of the Appellate Court where the appellee fails to file any brief.